152 A.3d 887

IN THE MATTER OF BENJAMIN H. PERKEL, AN ATTORNEY AT LAW (ATTORNEY NO. 009642010)

JANUARY 12, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–046, concluding that as a matter of reciprocal

discipline pursuant to *Rule* 1:20–14(E), **BENJAMIN H. PERKEL** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 2010, should be suspended from the practice of law for a period of three months retroactive to the date of the discipline imposed in the Commonwealth of Pennsylvania for unethical conduct that in New Jersey constitutes violations of *RPC* 1.5(a)(unreasonable fee), *RPC* 4.1(a)(1)(making a false statement of material fact or law to a third person), *RPC* 8.4(a)(violating the *RPCs* ), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And good cause appearing;

It is ORDERED that **BENJAMIN H. PERKEL** is suspended from the practice of law for a period of three months, effective May 27, 2015, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.